1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., a California Corporation,<br><br>   Plaintiff,<br><br>  vs.<br><br>ONE STEP UP LTD., a New York Corporation; BOSCOV'S DEPARTMENT STORE, LLC., a Delaware Limited Liability Company; CITI TRENDS, INC., a Delaware corporation; ROSS STORES, INC. a Delaware corporation; GABRIEL BROTHERS, INC., a West Virginia corporation; MEIJER, INC., a California corporation; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:18-cv-04297-PJW<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS. | |

4594562.1 26753-83001

1  FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

2       1.    This case in its entirety is hereby dismissed with prejudice; and

3       2.    Each party shall bear its own respective costs and attorneys' fees as

4  incurred against one another in connection with this case.

5       IT IS SO ORDERED.

6

7  Dated: _____August 3, 2020_____     _Patrick J. Walsh_

8                                          Hon. Patrick J. Walsh

9                                          Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28